Robert J. Saville, Esq.
THELEN REID & PRIEST LLP
65 Madison Avenue, Suite 100
Morristown, NJ 07960
(973) 644-3400
— and —
Brooks P. Marshall, Esq.
THELEN REID & PRIEST LLP
333 South Hope Street, Suite 2900
Los Angeles, CA 90071
— and —
Jonathan Polonsky
Allison L. Schrader
THELEN REID & PRIEST LLP
875 Third Avenue
New York, New York 10022
(212) 603-2000

Attorneys for Defendant
Naturex, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------X
SABINSA CORPORATION, et al.            :
                                       :
                          Plaintiffs,  :
                                       :   Case No.: 02-CV 6165 (FSH)
          -against-                    :
                                       :
NATUREX, INC.,                         :
                                       :
                          Defendants.  :
                                       :
-----------------------------------------------X

## STIPULATION AND ORDER

Plaintiff Sabinsa Corporation et al. ("Sabinsa") and Defendant Naturex, Inc. ("Naturex"), by their undersigned attorneys, hereby stipulate and agree that the deposition of Mr. Thierry Lambert will go forward on March 31, 2004 at 1 p.m. at the office of Thelen Reid & Priest LLP, 875 Third Avenue, New York, New York 10022. The parties stipulate and agree to the use of the deposition as if it had been taken during the fact discovery period.

NY #586889 v1

Signatures obtained by electronic facsimile shall be binding upon the party so executing this Stipulation.

Dated: March 24, 2004

THELEN REID & PRIEST LLP

By: _____
Allison L. Schrader
Thelen Reid & Priest LLP
875 Third Avenue
New York, New York 10022
(212) 603-2429

Attorneys for Defendant
Naturex, Inc.

SAIBER SCHLESINGER SATZ &
GOLDSTEIN

By _____
Sean R. Kelly (SK 0307)
One Gateway Center
Suite 1300
Newark, New Jersey 07102
(973) 622-3333
        -and-
Richard Berman
Arent Fox PLLC
1050 Connecticut Avenue, N.W.
Washington, D.C. 10026-5339
(212) 857-6000

Attorneys for Plaintiffs
Sabinsa Corporation and Sami Chemicals
and Extracts

SO ORDERED this 25th day of March, 2004.

_____
United States ~~District~~ Judge
Magistrate